**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 99-30902**

_____

**JAMES HARMON COOK, II, Co-Trustee**
**of the James Harmon Cook Trust Dated 3/24/93;**
**SANDRA ALLINE COOK, Co-Trustee of the**
**James Harmon Cook Trust Dated 3/24/93**

**Plaintiffs-Appellants,**

**versus**

**CHARAN INDUSTRIES, INC.**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court**
**for the Eastern District of Louisiana**
**(98-CV-2048-D)**
_____

**June 14, 2000**

Before POLITZ, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Having heard argument by counsel and reviewed the briefs and pertinent parts of the record, and essentially for the reasons stated by the district court, ***Cook v. Charan Indus., Inc.***, No. 98-CV-2048 (E.D. La. 23 June 1999), the judgment is

***AFFIRMED.***

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.